FILED
 2009 Sep-09 PM 03:14
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGELA TURNER DREES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:09-cv-00401-LSC |
| | ) | |
| RALPH A. FERGUSON, JR., | ) | |
| | ) | |
| Defendant. | ) | |

### FINAL ORDER OF DISMISSAL

Pursuant to Rule 58, Fed. R. Civ. P., for the reasons stated in the memorandum opinion entered contemporaneously herewith, the court hereby **ORDERS** as follows:

(1) the plaintiff's motion for an evidentiary hearing (Doc. 10) is **DENIED**.

(2) the plaintiff's claims seeking equitable relief against the defendant are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction; and

(3) the defendant's motion to dismiss (Doc. 5) is **GRANTED IN PART**, as it pertains to the plaintiff's remaining claims, which seek money damages, and such claims are **DISMISSED WITH PREJUDICE**.

The Clerk is **DIRECTED** to close the file.

Done this 9th day of September 2009.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671